UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

RDK NY, INC.,

                Plaintiff,

   - against -

Newsweek Digital, LLC,

                Defendant.
―――――――――――――――――――――――――――――

23-cv-5038 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by September 25, 2023.

SO ORDERED.

Dated:    New York, New York
            September 11, 2023

                                            _____
                                                John G. Koeltl
                                         United States District Judge