UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RDK NY INC,
                Plaintiff(s)

                                                                                                                                 23 civ 5038 (JGK)

       -against-

NEWSWEEK DIGITAL,
                Defendant(s).
-------------------------------------------------------------X

## ORDER

      A scheduling order having been entered and the matter having been referred to mediation on September 26, 2023,

      The conference scheduled for Tuesday, October 19, 2023, at 4:30pm, is canceled.

**SO ORDERED.**

                                                                           **JOHN G. KOELTL**
                                                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         October 11, 2023