

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

December 28, 2023

**VIA ECF**

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
Application granted. SO ORDERED.

Dated December 28, 2023      /s/ John G. Koeltl
New York, New York           John G. Koeltl, U.S.D.J.
```

Re:   *RDK NY Inc. v. Newsweek Digital LLC,* 1:23-cv-5038 (JGK)

Dear Judge Koeltl:

We represent Plaintiff RDK NY Inc. in the above-captioned case and write to respectfully request a 30-day extension of time to file dismissal papers or otherwise re-open the case.

(1) the original deadline is December 31, 2023 [Dkt. No. 23] and the proposed new deadline is January 30, 2024.

(2) there have been no previous requests for an extension of this deadline.

(3) the parties respectfully request an extension in an effort to consummate their settlement agreement without judicial intervention.

(4) No other scheduled dates will be impacted by this request.

(5) Counsel for Defendant consents to the request.

Respectfully Submitted,

s/ *James H Freeman* /
James H. Freeman

*Counsel for Plaintiff*